IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:15-cr-197-DPM

THEODORE ANTONIO MITCHELL
Reg. No. 29332-009            DEFENDANT

ORDER

Mitchell moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i). Mitchell argues that he will be placed in the halfway house for just four weeks and therefore requests immediate release. He also notes that he was previously diagnosed with COVID-19. It's unclear whether Mitchell requested compassionate release from the warden and exhausted his administrative appeals. *Doc. 67*; 18 U.S.C. § 3582(c)(1)(A). It's unnecessary to get clarity on the exhaustion issue, though, because Mitchell's motion fails on the merits.

The Court commends Mitchell on the good work he's done redeeming his time in prison and on his desire to transition smoothly back into society. This Court has concluded, though, that "extraordinary and compelling reasons" must be comparable to the reasons that the Sentencing Commission has identified. *United States v. Cox*, Doc. 203 in E.D. Ark. No. 4:98-cr-73-DPM. Those reasons are terminal illness, severely deteriorating health, age and length of time in

custody, or death or incapacitation of a minor child or partner. USSG § 1B1.13 cmt. n.1(A)–(C). The reasons Mitchell gives in his motion — shortened time in the halfway house and a prior COVID-19 diagnosis — are not comparable and thus are not "extraordinary and compelling" within the meaning of the statute. Mitchell's motion, *Doc. 67*, is therefore denied. The Court directs the Clerk to send Mitchell a copy of the *Cox* opinion with this Order.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 October 2021